# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.     5:23-cv-00707-CBM-AJR                    Date: October 30, 2023
                                                      Page 1 of 2

Title:     Crystal Hall v. Dr. Jaiswal, et al.

DOCKET ENTRY:   **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO PROSECUTE**

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| Claudia Garcia-Marquez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:  (IN CHAMBERS)**

On April 21, 2023, *pro se* Plaintiff Crystal Hall ("Plaintiff"), an inmate in the custody of the California Department of Corrections and Rehabilitation ("CDCR") at the California Institution for Women ("CIW"), filed a complaint pursuant to 42 U.S.C. § 1983 against medical personnel at CIW.  (Dkt. 1 "Complaint".)  On May 1, 2023, Plaintiff's complaint was dismissed with leave to amend for various pleading deficiencies.  (Dkt. 7.)  On July 28, 2023, Plaintiff filed a First Amended Complaint ("FAC") against eight defendants in their individual and official capacities.  (Dkt. 12.)  On September 13, 2023, this Court issued an order dismissing the FAC with leave to amend.  (Dkt. 19.)  Plaintiff was ordered to file a Second Amended Complaint ("SAC") by October 13, 2023.  (Id.)

As of today, Plaintiff has neither filed an amended complaint nor requested an extension of time in which to do so.  The action cannot move forward unless and until Plaintiff files an amended complaint.  Plaintiff is ordered to file a SAC, if any, by **November 13, 2023** or show cause why the action should not be dismissed with prejudice for failure to prosecute.  If Plaintiff chooses to file a SAC, it should attempt to remedy the

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.    5:23-cv-00707-CBM-AJR | Date:  October 30, 2023 |
| | Page 2 of 2 |

Title:     <u>Crystal Hall v. Dr. Jaiswal, et al.</u>

pleading defects identified in the September 13, 2023 dismissal order (Dkt. 19), bear the docket number assigned to this case (5:23-cv-00707-CBM-AJR), be labeled "Second Amended Complaint," and be complete in and of itself without reference to the original Complaint, the FAC, or any other documents (except any documents that Plaintiff chooses to attach to the SAC as exhibits).  Plaintiff is encouraged to state her claims in simple language and provide only a brief statement of supporting facts, omitting facts that are not relevant.  <u>Should Plaintiff decide to file a SAC, she is strongly encouraged to utilize the CV-66 form complaint attached to this Order</u>.

**Plaintiff is expressly advised that if she does not file a SAC by the Court's deadline or respond to this order, the Court will recommend that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey Court orders.** If Plaintiff no longer wishes to pursue this action or certain claims or defendants, she may voluntarily dismiss the entire action, certain claims, or certain defendants by filing a Notice of Dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1).  <u>A form Notice of Dismissal is attached for Plaintiff's convenience</u>.

        IT IS SO ORDERED.

<u>Attachment:</u>
CV-09, Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).
CV-66, United States District Court, Central District of California Civil Rights Complaint.