UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL HALL,<br><br>  Plaintiff,<br><br>  v.<br><br>ROJIRLO DE LA CERDA ET AL.,<br><br>  Defendant. | Case No. 5:23-cv-00707-CBM-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that this action is DISMISSED with prejudice for failure to prosecute and failure to comply with Court orders.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at her current address of record. No defendant has appeared in the action.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: MAY 9, 2024

HON. CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE