# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL HALL,<br><br>    Plaintiff,<br><br>    v.<br><br>ROJIRLO DE LA CERDA ET AL.,<br><br>    Defendant. | Case No. 5:23-cv-00707-CBM-AJR<br><br>**JUDGMENT**<br><br>**[JS-6]** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: MAY 9, 2024

HON. CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE